# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN FITZPATRICK<br><br>Defendant | )<br>)<br>) Case No. CR 11-521<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN FITZPATRICK,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

DISTRIBUTION OF DEXTROAMPHETAMINE, BUPRENORHPINE, ALPRAZOLAM 21:841(a)(1)

Date: Sep 14, 2011

*Issuing officer's signature* — Deputy Clerk

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9-14-11, and the person was arrested on *(date)* 9-29-11
at *(city and state)* Phila pa.

Date: 9-29-11

*Arresting officer's signature*

*Printed name and title*